**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **NEAL F.X. KIMBALL, DIETER M. GROLL**, Plaintiffs<br><br>v.<br><br>**TOWN OF PROVINCETOWN, OFFICER SCOTT D. CHOVANEC, CHIEF OF POLICE JEFF D. JARAN**, Defendants | **C.A. No. 1:14-cv-14391 WGY**<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT:

Please enter my appearance in the above-reference matter on behalf of the Defendants, TOWN OF PROVINCETOWN, OFFICER SCOTT D. CHOVANEC, CHIEF OF POLICE JEFF D. JARAN.

Respectfully submitted,
DEFENDANTS,
By their attorneys:

*/s/ Douglas I. Louison*

Douglas I. Louison (BBO #545191)
Email: Dlouison@lccplaw.com
Louison, Costello, Condon & Pfaff, LLP
101 Summer Street
Boston, MA 02110
617-439-0305
FAX: 617-439-0325

Date: March 13, 2015

**CERTIFICATE OF SERVICE**

I, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants as listed below:

Neal F. X. Kimball, pro se
Dieter M. Groll, pro se
49 Bayberry Avenue
Provincetown, MA 02657

Date: March 13, 2015 /s/ Douglas I. Louison
Douglas I. Louison

15 TRI 027