**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **NEAL F.X. KIMBALL, DIETER M. GROLL,**<br>**Plaintiffs,** | : | |
| **v.** | : | **C.A. No.: 14-14391-WGY** |
| **TOWN OF PROVINCETOWN, OFFICER SCOTT D. CHOVANEC, CHIEF OF POLICE JEFF D. JARAN,**<br>**Defendants.** | : | |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of defendant Jeff D. Jaran in the above-captioned matter.

DEFENDANT JEFF D. JARAN,
By his attorney,

/s/ Andrew J. Gambaccini
Andrew J. Gambaccini
Reardon, Joyce & Akerson, P.C
4 Lancaster Terrace
Worcester, MA 01609
508.754.7285
BBO #: 654690
agambaccini@rja-law.com

Dated: March 26, 2015

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on March 26, 2015.

/s/ Andrew J. Gambaccini
Andrew J. Gambaccini