**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **NEAL F.X. KIMBALL, DIETER M. GROLL**, Plaintiffs<br><br>v.<br><br>**TOWN OF PROVINCETOWN, OFFICER SCOTT D. CHOVANEC, CHIEF OF POLICE JEFF D. JARAN**, Defendants | **C.A. No. 1:14-cv-14391 WGY** |

**DEFENDANTS TOWN OF PROVINCETOWN, OFFICER SCOTT D. CHOVANEC, AND CHIEF OF POLICE JEFF D. JARAN'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

NOW COME the Defendants, Town of Provincetown, Officer Scott D. Chovanec, and Chief of Police Jeff D. Jaran (hereinafter, "the Defendants"), and hereby respectfully request that this Court dismiss all counts asserted against them in the Plaintiffs' Complaint pursuant to Fed. R. Civ. P. 12(b)(6). The Defendants submit this motion and the accompanying Memorandum of Law in support of their request for dismissal.

For the reasons set forth more fully in the Defendants' Memorandum of Law, the Defendants respectfully request this Honorable Court to dismiss all counts and claims asserted against them

.

Respectfully submitted,
DEFENDANTS,
By their attorneys:

*/s/ Doug Louison*_____________________
Douglas I. Louison (BBO #545191)
Email: Dlouison@lccplaw.com
Chantelle M. D'Angelo (BBO #688165)
Email: Cdangelo@lccplaw.com
Louison, Costello, Condon & Pfaff, LLP
101 Summer Street
Boston, MA 02110
617-439-0305
FAX: 617-439-0325

Date: March 30, 2015

## CERTIFICATE OF SERVICE

I, Douglas I. Louison, hereby certify that on the below date, I served the forgoing Defendants' Motion to Dismiss Plaintiffs' Complaint by causing a copy to be mailed, postage prepaid, directed to:

Neal F.X. Kimball
Dieter M. Groll
49 Bayberry Avenue
Provincetown, MA 02657

Date: March 30, 2015 *______/s/ Doug Louison___________*
Douglas I. Louison

15 TRI 027