**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **NEAL F.X. KIMBALL, DIETER M. GROLL**, Plaintiffs<br><br>v.<br><br>**TOWN OF PROVINCETOWN, OFFICER SCOTT D. CHOVANEC, CHIEF OF POLICE JEFF D. JARAN**, Defendants | **C.A. No. 1:14-cv-14391 WGY** |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1 (a)(2), counsel for the Defendants, Town of Provincetown, Officer Scott D. Chovanec, and Chief of Police Jeff D. Jaran, certify that they have attempted to confer with the pro-se Plaintiffs, Neil F.X. Kimball and Dieter M. Groll in good faith to resolve or narrow the issues in this motion. Counsel for the Defendants called the telephone numbers listed for the Plaintiffs on the Complaint, but both numbers had a recording that said the numbers had been changed or disconnected. Counsel for the Defendants also emailed both Plaintiffs but received no response.

Respectfully submitted,
DEFENDANTS,
By their attorneys:

*/s/ Doug Louison*
Douglas I. Louison (BBO #545191)
Email: Dlouison@lccplaw.com
Chantelle M. D'Angelo (BBO #688165)
Email: Cdangelo@lccplaw.com
Louison, Costello, Condon & Pfaff, LLP
101 Summer Street
Boston, MA 02110
617-439-0305
FAX: 617-439-0325

Date: March 30, 2015

## CERTIFICATE OF SERVICE

I, Douglas I. Louison, hereby certify that on the below date, I served the forgoing Certificate of Compliance with Local Rule 7.1(A)(2) by causing a copy to be mailed, postage prepaid, directed to:

Neal F.X. Kimball
Dieter M. Groll
49 Bayberry Avenue
Provincetown, MA 02657

Date: March 30, 2015 *\/s/ Doug Louison*
Douglas I. Louison

15 TRI 027