**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **NEAL F.X. KIMBALL, DIETER M. GROLL**, Plaintiffs<br><br>v.<br><br>**TOWN OF PROVINCETOWN, OFFICER SCOTT D. CHOVANEC, CHIEF OF POLICE JEFF D. JARAN**, Defendants | **C.A. No. 1:14-cv-14391 WGY** |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1 (a)(2), counsel for the Defendants, Town of Provincetown, Officer Scott D. Chovanec, and Chief of Police Jeff D. Jaran, certify that they have attempted to confer with the pro-se Plaintiffs, Neil F.X. Kimball and Dieter M. Groll in good faith to resolve or narrow the issues in this motion.

Respectfully submitted,
DEFENDANTS,
By their attorneys:

*/s/ Chantelle M. D'Angelo*

Douglas I. Louison (BBO #545191)
Email: Dlouison@lccplaw.com
Chantelle M. D'Angelo (BBO #688165)
Email: Cdangelo@lccplaw.com
Louison, Costello, Condon & Pfaff, LLP
101 Summer Street
Boston, MA 02110
617-439-0305
FAX: 617-439-0325

Date: April 17, 2015

## CERTIFICATE OF SERVICE

I, Chantelle M. D'Angelo, hereby certify that on the below date, I served the forgoing Certificate of Compliance with Local Rule 7.1(A)(2) by causing a copy to be mailed, postage prepaid, directed to:

Neal F.X. Kimball
Dieter M. Groll
49 Bayberry Avenue
Provincetown, MA  02657

Date: April 17, 2015 *　/s/ Chantelle M. D'Angelo*
Chantelle M. D'Angelo

15 TRI 027