**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **NEAL F.X. KIMBALL,**<br>**DIETER M. GROLL,**<br>Plaintiffs,<br><br>**v.**<br><br>**TOWN OF PROVINCETOWN,**<br>**OFFICER SCOTT D. CHOVANEC,**<br>**CHIEF OF POLICE JEFF D. JARAN,**<br>Defendants. | **C.A. No. 1:14-cv-14391-WGY** |

FILED
IN CLERKS OFFICE
2015 APR 27 PM 12 25
U.S. DISTRICT COURT
DISTRICT OF MASS.

**PLAINTIFFS' MOTION FOR LEAVE TO FILE DOCUMENTS ELECTRONICALLY VIA CM/ECF**

Now comes Plaintiffs Neal F. X. Kimball and Dieter M. Groll, *pro se*, requesting leave for Mr. Groll to upgrade his PACER login to enable him to file future documents relative to this case via the CM/ECF. He understands that he must first receive training, and requests permission from this Court to do so.

Respectfully submitted,
PLAINTIFFS

Dated: April 24, 2015

Neal F.X. Kimball, *pro se*
49 Bayberry Avenue
Provincetown, MA 02657
nfxk135@gmail.com
(508) 654-3176

OR

Dieter M. Groll, pro se
Dieter M. Groll, *pro se*
49 Bayberry Avenue
Provincetown, MA 02657
grolltech@gmail.com
(508) 514-1411

**CERTIFICATE OF SERVICE**

I hereby certify that on the below date, a true copy of the above document was served upon the following attorneys of record by causing a copy to be mailed, postage prepaid, directed to:

Douglas I. Louison
Chantelle M. D'Angelo
Louison, Costello, Condon & Pfaff, LLP
101 Summer Street
Boston, MA 02110

Andrew J. Gambaccini
Reardon, Joyce & Akerson, P.C.
4 Lancaster Terrace
Worcester, MA 01609

Dated: April 24, 2015

Dieter M Groll, pro se

____________________
Neal F.X. Kimball, *pro se*
49 Bayberry Avenue
Provincetown, MA 02657
nfxk135@gmail.com
(508) 654-3176

OR

____________________
Dieter M. Groll, *pro se*
49 Bayberry Avenue
Provincetown, MA 02657
grolltech@gmail.com
(508) 514-1411