**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **NEAL F.X. KIMBALL,**<br>**DIETER M. GROLL,**<br>Plaintiffs,<br><br>v.<br><br>**TOWN OF PROVINCETOWN,**<br>**OFFICER SCOTT D. CHOVANEC,**<br>**CHIEF OF POLICE JEFF D. JARAN,**<br>Defendants. | **C.A. No. 1:14cv14391 WGY** |

FILED
IN CLERKS OFFICE
2015 MAY 18 PM 3 11
U.S. DISTRICT COURT
DISTRICT OF MASS.

**PLAINTIFFS' MOTION FOR EXTENDED TIME TO FILE FOR EXCUSABLE NEGLECT**

Now comes Plaintiffs Neal F. X. Kimball and Dieter M. Groll, humbly requesting extension of two days until today, May 18, 2015, for the filing of our Opposition to Defendant's Motion to Dismiss under Fed.R.Civ.P. 12(b)(6).

Plaintiff Groll planned to drive the document from Provincetown to Boston on Thursday, May 11, 2015. However, he learned that he had neglected an auto insurance payment, and his vehicle registration was revoked. By the time he was able to renew the policy and bring the paperwork to the RMV to reinstate his registration, it was too late in the day. The next day, he left work early, allowing three hours drive time to get to Boston, but failed to account for Friday rush-hour traffic; he arrived in Boston at 5:15 pm. He realizes this is the second time he is filing late. He is humbly regretful and embarrassed, and requests the Court's indulgence, promising that this will not become an ongoing pattern.

Respectfully submitted,

PLAINTIFFS

Dated: May ~~16~~ 18, 2015


| | | |
|---|---|---|
| ______________________<br>Neal F.X. Kimball, pro se<br>49 Bayberry Avenue<br>Provincetown, MA 02657<br>nfxk135@gmail.com<br>(508) 654-3176 | OR | [signature]<br>Dieter M. Groll, pro se<br>49 Bayberry Avenue<br>Provincetown, MA 02657<br>grolltech@gmail.com<br>(508) 514-1411 |

## CERTIFICATE OF SERVICE

I hereby certify that on the below date, a true copy of the above document was served upon the following attorneys of record by causing a copy to be mailed, postage prepaid, directed to:

Douglas I. Louison
Chantelle M. D'Angelo
Louison, Costello, Condon & Pfaff, LLP
101 Summer Street
Boston, MA 02110

Andrew J. Gambaccini
Reardon, Joyce & Akerson, P.C.
4 Lancaster Terrace
Worcester, MA 01609

Dated: May 16, 2015

Neal F.X. Kimball, pro se
49 Bayberry Avenue
Provincetown, MA 02657
nfxk135@gmail.com
(508) 654-3176

OR

Dieter M. Groll, pro se
49 Bayberry Avenue
Provincetown, MA 02657
grolltech@gmail.com
(508) 514-1411