**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

NEAL F.X. KIMBALL ET AL
______________________________
Plaintiff

CIVIL ACTION

V.

TOWN OF PROVINCETOWN ET AL
______________________________
Defendant

NO. 14CV14391-WGY

**ORDER OF DISMISSAL**

YOUNG D.J.

In accordance with the Court's Memorandum and Order dated January 26, 2016 granting defendant's motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

JANUARY 27, 2016
______________________
Date

/s/Matthew A. Paine
______________________________
Deputy Clerk