UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **NEAL F.X. KIMBALL,**<br>**DIETER M. GROLL,**<br>Plaintiffs,<br><br>v.<br><br>**TOWN OF PROVINCETOWN,**<br>**OFFICER SCOTT D. CHOVANEC,**<br>**CHIEF OF POLICE JEFF D. JARAN,**<br>Defendants. | C.A. No. 1:14cv14391-WGY<br>Judge William G. Young |

# PLAINTIFFS' MOTION TO ALTER OR AMEND ORDER

Now comes Plaintiffs Neal F. X. Kimball and Dieter M. Groll, *pro se,* to hereby respectfully move this Court under Rule 59(e) of the Federal Rules of Civil Procedure to alter or amend its order entered on January 26, 2016. (ECF No. 35) dismissing Counts II, III and IV in their entirety. In support of this motion, the Plaintiffs rely on the accompanying Memorandum. As explained in the accompanying Memorandum, part of the Court's decision was based on a clear error of fact. For this reason, the Plaintiffs respectfully request that this motion be granted and (1) that the Court's order of January 26, 2016 be vacated in part; (2) that Defendants' motion to dismiss for failure to state a claim upon which relief can be granted, (ECF No. 25), be DENIED as to Kimball's claims in Counts II-IV and Groll's claims in Counts I-III, *all* insofar as those counts rely on the events of December 11, 2011.

Respectfully submitted,
PLAINTIFFS

Date: February 8, 2016

*/s/ Neal F. X. Kimball, pro se*
Neal F.X. Kimball, *pro se*
49 Bayberry Avenue
Provincetown, MA 02657
Email: nfxk135@gmail.com
(508) 654-3176

*/s/ Dieter M. Groll, pro se*
Dieter M. Groll, *pro se*
49 Bayberry Avenue
Provincetown, MA 02657
Email: grolltech@gmail.com
(508) 514-1411

## CERTIFICATE OF SERVICE

I, Dieter M. Groll, hereby certify that on the below date, this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that I have caused paper copies to be mailed, postage prepaid, directed to those indicated as non-registered participants, if any.

Date: February 8, 2016

*/s/ Dieter M. Groll, pro se*

Dieter M. Groll, *pro se*
49 Bayberry Avenue
Provincetown, MA 02657
Email: grolltech@gmail.com
*(508) 514-1411*