**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **NEAL F.X. KIMBALL,**<br>Plaintiff.<br><br>v.<br><br>**OFFICER SCOTT D. CHOVANEC AND CHIEF OF POLICE JEFF D. JARAN**,<br>Defendants. | **C.A. No. 1:14-cv-14391 WGY** |

## DEFENDANTS' PROPOSED STATEMENT

Pursuant to the Notice of Scheduling Conference scheduled for **March 24, 2016 at 2:00pm** and in accordance with Local Rule 16.1(d), the Defendants in the above-captioned matter submit the following Statement.

This Scheduling Order is intended to provide a reasonable timetable for discovery and motion practice in order to help ensure a fair and just resolution of this matter without undue expense or delay.

## Timetable for Discovery and Motion Practice

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), it is hereby ORDERED that:

**1.** **Initial Disclosures**. Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by **March 31, 2016.**

**2.** **Amendments to Pleadings.** Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after **April 21, 2016**.

**3.** **Fact Discovery - Interim Deadlines.**

a. Written discovery (requests for production of documents, interrogatories and request for admissions) shall be served no later than **June 23, 2016.**

b. All depositions, other than expert depositions, must be completed by **August 25, 2016**.

**4.** **Fact Discovery - Final Deadline.** All discovery, other than expert discovery, must be completed by **August 25, 2016**.

**5.** **Status Conference**. A status conference will be held on (TO BE DETERMINED).

**6.** **Expert Discovery**.

a. Plaintiff's trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by **August 25, 2016**.

b. Plaintiff's trial experts must be deposed by **November 24, 2016.**

c. Defendants' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by **September 22, 2016.**

d. Defendants' trial experts must be deposed by **November 24, 2016.**

**7.** **Dispositive Motions.**

a. Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by **November 24, 2016.**

b. Oppositions to dispositive motions must be filed within twenty-one (21) days after service of the motion.

8. **Initial Pretrial Conference.** An initial pretrial conference will be held on TO BE DETERMINED.

The parties shall prepare and submit a pretrial memorandum in accordance with Local Rule 16.5(D) five business days prior to the date of the conference, except that the parties need not include matters required by Local Rule 16.5(D)(2) or (3).

**Procedural Provisions**

1. **Extension of Deadlines.** Motions to extend or modify deadlines will be granted only for good cause shown. All motions to extend shall contain a brief statement of the reasons for the request; a summary of the discovery, if any, that remains to be taken; and a specific date when the requesting party expects to complete the additional discovery, join other parties, amend the pleadings, or file a motion.

2. **Motions to Compel or Prevent Discovery.** Except for good cause shown, motions to compel discovery, motions for protective orders, motions to quash, motions to strike discovery responses, and similar motions must be filed no later than the close of fact discovery or the close of expert discovery, whichever deadline is relevant. If additional discovery is compelled by the court after the relevant deadline has passed, the court may enter such additional orders relating to discovery as may be appropriate.

3. **Reply Memoranda.** Parties need not seek leave of court to file a reply memorandum in response to an opposition to any motion, provided that such a reply memorandum does not exceed twelve pages, double-spaced, and is filed within seven days (excluding intermediate Saturdays, Sundays, and legal holidays) after service of the opposition memorandum. Parties may otherwise file reply or surreply memoranda only with leave of court. When such leave is sought, the moving party may file a proposed reply or surreply memorandum with the motion for leave.

4. **Status Conferences.** The court has scheduled a status conference after (or close to) the close of fact discovery for case management purposes. Any party who reasonably believes that a status conference will assist in the management or resolution of the case may request one from the court upon reasonable notice to opposing counsel.

5. **Additional Conferences.** Upon request of counsel, or at the court's own initiative, additional case-management or status conferences may be scheduled. Parties may request telephonic conferences where appropriate to avoid undue inconvenience or expense.

6. **Early Resolution of Issues.** The court recognizes that, in some cases, resolution of one or more preliminary issues may remove a significant impediment to settlement or otherwise expedite resolution of the case. Counsel are encouraged to identify any such issues and to make appropriate motions at an early stage in the litigation.

7. **Pretrial Conference.** Lead trial counsel are required to attend any pretrial conference.

Respectfully submitted,

DEFENDANTS,
**OFFICER SCOTT D. CHOVANEC AND CHIEF OF POLICE JEFF D. JARAN,**
By their attorneys:

*/s/ Chantelle M. D’Angelo* ____________

Douglas I. Louison (BBO #545191)
Email: Dlouison@lccplaw.com
Chantelle M. D'Angelo (BBO #688165)
Email: Cdangelo@lccplaw.com
Louison, Costello, Condon & Pfaff, LLP
101 Summer Street
Boston, MA 02110
617-439-0305
FAX: 617-439-0325

DEFENDANT,
**CHIEF OF POLICE JEFF D. JARAN**,
By his attorney,

*/s/ Andrew J. Gambaccini*_______________

Andrew J. Gambaccini, Esq.
Reardon, Joyce & Akerson, PC
4 Lancaster Terrace
Worcester MA 01609
508-754-7285
Email: agambaccini@rja-law.com

Date: March 21, 2016
15 TRI 027

# CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF):

Neal F.X. Kimball
49 Bayberry Avenue
Provincetown, MA 02657
*pro-se Plaintiff*

Andrew J. Gambaccini, Esq.
Reardon, Joyce & Akerson, PC
4 Lancaster Terrace
Worcester MA 01609
*for Jeff D. Jaran*

Date: March 21, 2016 ______*/s/ Chantelle M. D'Angelo*_________
Chantelle M. D'Angelo

15 TRI 027