**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **NEAL F.X. KIMBALL,**<br>Plaintiffs<br><br>v.<br><br>**OFFICER SCOTT D. CHOVANEC, CHIEF OF POLICE JEFF D. JARAN**,<br>Defendants | **C.A. No. 1:14-cv-14391 WGY** |

## DEFENDANTS' MOTION TO COMPEL

Now comes the Defendants and pursuant to Fed.R.Civ.P. 37(a)(3)(B)(iii), (iv) hereby move this Honorable Court to compel the Plaintiff to respond to the Defendants' First Requests for Production of Documents to the Plaintiff and Defendants' First Set of Interrogatories to be Answered by the Plaintiff; and to produce Plaintiff's Initial Disclosures.

As grounds for allowing their motion, defendants state that their First Set of Interrogatories and First Request for Production of Documents were served on the plaintiff via regular mail, postage prepaid, on March 31, 2016 (see Exhibit A). On June 2, 2016, the defendants sent correspondence via email and first class mail to the plaintiff regarding the overdue discovery (see Exhibit B). On June 8, 2016, the plaintiff responded via email to counsel for the defendants and stated he hoped to have the discovery complete over the next few days (see Exhibit C). On June 13, 2016, the plaintiff again emailed counsel for the defendants and requested extra time to fulfill his discovery obligations due to personal problems that had arisen. Counsel for the defendants agreed that the plaintiff could have until June 24, 2016 to produce the overdue discovery, but would be resorting to motion practice if the discovery had not been produced by that final deadline (see Exhibit D).

The Court has set Initial Disclosures to be produced by March 31, 2016. The defendants sent their initial disclosures to the plaintiff on March 29, 2016. As of the filing of this motion, Defendants have not received the Plaintiff's Initial Disclosures, his Answers to defendants' Interrogatories, or his Responses to defendants' request for production of documents.

WHEREFORE, Defendants request that the Court sign the proposed order (see Exhibit E) and require that the Plaintiff respond to said discovery requests within ten days of the signing of said Order.

Respectfully submitted,
DEFENDANTS,
By their attorneys:

*/s/ Chantelle M. D'Angelo*_____________
Douglas I. Louison (BBO #545191)
Email: Dlouison@lccplaw.com
Chantelle M. D'Angelo (BBO #688165)
Email: Cdangelo@lccplaw.com
Louison, Costello, Condon & Pfaff, LLP
101 Summer Street
Boston, MA 02110
617-439-0305
FAX: 617-439-0325

Date: June 27, 2016

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

Pursuant to Local Rule 7.1(A)(2), counsel for the Defendants conferenced with pro-se Plaintiff regarding this motion.

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF):

Date: June 27, 2016 *____/s/ Chantelle M. D'Angelo______*
Chantelle M. D'Angelo