# Exhibit A

LOUISON, COSTELLO, CONDON & PFAFF, LLP
ATTORNEYS AT LAW

101 SUMMER STREET
BOSTON, MASSACHUSETTS 02110

DOUGLAS I. LOUISON*
PATRICK J. COSTELLO
DAVID E. CONDON
BRADFORD N. LOUISON**
STEPHEN C. PFAFF
REGINA M. RYAN
KATHLEEN E. CONNOLLY

TELEPHONE: (617) 439-0305
FACSIMILE: (617) 439-0325
www.lccplaw.com

JOSEPH A. PADOLSKY
CHANTELLE M. D'ANGELO
ALEXANDRA R. HASSELL

*ALSO ADMITTED IN MAINE
**ALSO ADMITTED IN RHODE ISLAND

March 31, 2016

Neal F. X. Kimball, pro se
49 Bayberry Avenue
Provincetown, MA 02657

**Re: Neal F. X. Kimball v. Scott D. Chovanec et al.**
**United States District Court No. 1:14-CV-14391-WGY**

Dear Mr. Kimball:

Enclosed please find the *Defendants' First Requests for Production of Documents to the Plaintiff, Neil F.X. Kimball,* Defendants' *First Set Of Interrogatories To Be Answered By The Plaintiff, Neal F.X. Kimball* and Certificates of Service with regard to the above-referenced matter.

If you should have any questions, please do not hesitate to call me.

Very truly yours,

Chantelle M. D'Angelo

CMD/tap
Enclosures
cc: Andrew J. Gambaccini, Esq.
15 TRI 027