# Exhibit B

LOUISON, COSTELLO, CONDON & PFAFF, LLP
ATTORNEYS AT LAW

101 SUMMER STREET
BOSTON, MASSACHUSETTS 02110

DOUGLAS I. LOUISON*
PATRICK J. COSTELLO
DAVID E. CONDON
BRADFORD N. LOUISON**
STEPHEN C. PFAFF
REGINA M. RYAN
KATHLEEN E. CONNOLLY

TELEPHONE: (617) 439-0305
FACSIMILE: (617) 439-0325
www.lccplaw.com

JOSEPH A. PADOLSKY
CHANTELLE M. D'ANGELO
ALEXANDRA R. HASSELL

*ALSO ADMITTED IN MAINE
**ALSO ADMITTED IN RHODE ISLAND

June 2, 2016

*VIA EMAIL: nfxk135@gmail.com*
*AND FIRST CLASS MAIL*

Neal F.X. Kimball
49 Bayberry Avenue
Provincetown, MA 02657

**Re: Neal F. X. Kimball v. Chovanec, et al.**
**United States District Court No. 1:14-CV-14391-WGY**

Dear Mr. Kimball:

Please be advised, we have not received the plaintiff's automatic discovery disclosures. Per the Federal rules, the disclosures were due to the defendants on April 7, 2016. Further, we have not recevied your answers and responses to our written discovery, which were sent to you on March 31, 2016. Those responses were due to the defendants on May 16, 2016.

Please respond immediately with the above discovery. If the discovery is not produced within one week, we will be filing a motion to compel with the Court.

If you should have any questions, please do not hesitate to call me.

Very truly yours,

Chantelle M. D'Angelo

CMD/slf
cc: Andrew J. Gambaccini, Esq.
15TR1027