# Exhibit C

**Chantelle D'Angelo**

**From:** Neal Kimball <nfxk135@gmail.com>
**Sent:** Wednesday, June 08, 2016 6:46 AM
**To:** Toni Picariello
**Cc:** Chantelle D'Angelo; Dieter Groll
**Subject:** Re: Kimball v. Chovanec, et al; USDC No. 14-14391
**Attachments:** image001.gif

Hello Toni and Chantelle,

I am so sorry for the delay in getting the required documents to you. Just to confirm, the documents that Dieter and I have been working on are as follows:

1. Plaintiff's Automatic Discovery Disclosures Pursuant to Federal Rule 26(a)(1) and Local Rule 26.2(a)
2. Plaintiff's First Requests for Production of Documents to the Defendants
3. Plaintiff's First Set of Interrogatories to be Answered by the Defendants
4. Plaintiff's Responses to Defendants' First Requests for Production of Documents to the Plaintiff
5. Plaintiff's Responses to Defendants' First Set of Interrogatories to be Answered by the Plaintiff
6. Certificates of Service for all of the above

Is that in line with your expectations? I'm hoping to get #1 mailed out tomorrow morning, and the rest, ideally, by Saturday, or Monday at the latest. Some of the documents might need a bit more time (e.g. medical records). I assume you prefer to receive those under separate cover, rather than wait?

Thank you,

Neal F.X. Kimball

On Thu, Jun 2, 2016 at 4:17 PM Toni Picariello <TPicariello@lccplaw.com> wrote:

Mr. Kimball – enclosed please find correspondence with regard to the above-referenced matter. If you should have any questions, please do not hesitate to call Attorney Chantelle M. D'Angelo. Thank you, Toni

*Toni A. Picariello*

**Legal Assistant/Paralegal**

**Louison, Costello, Condon & Pfaff, LLP**

**101 Summer Street**

**Boston, MA 02110**