# Exhibit D

**Chantelle D'Angelo**

| | |
|---|---|
| **From:** | Chantelle D'Angelo |
| **Sent:** | Monday, June 13, 2016 4:16 PM |
| **To:** | 'Neal Kimball' |
| **Cc:** | Toni Picariello; Dieter Groll |
| **Subject:** | RE: Kimball v. Chovanec, et al; USDC No. 14-14391 |

Hi Neal,

I am so sorry to hear about your recent troubles. I hope both the basement and Dieter's tooth issue resolve quickly and painlessly for you both.

I will agree to give you until June 24th to produce the documents. If I do not receive the documents by then, I will file a motion to compel with the court.

Best,
Chantelle

Chantelle M. D'Angelo, Esq.
Louison, Costello, Condon & Pfaff, LLP
101 Summer Street
Boston, MA 02110
Tel: (617) 439-0305
Fax: (617) 439-0325
cdangelo@lccplaw.com

Louison, Costello, Condon & Pfaff, LLP
ATTORNEYS AT LAW

NOTE: This e-mail is a confidential and privileged communication between Louison, Costello, Condon & Pfaff, LLP and the the intended recipient. To the extent this communication contains legal advice or counsel, it is not intended to be a public record to the extent exempted under the doctrine of attorney/client privilege or any other applicable authority. Use of the information contained in this e-mail by anyone other than the intended recipient is prohibited. If you have received this message in error, please notify the sender immediately and promptly destroy any record of this e-mail.

For more information about Louison, Costello, Condon & Pfaff, LLP, please visit us at www.lccplaw.com.

**From:** Neal Kimball [mailto:nfxk135@gmail.com]
**Sent:** Monday, June 13, 2016 12:37 PM
**To:** Chantelle D'Angelo
**Cc:** Toni Picariello; Dieter Groll
**Subject:** Re: Kimball v. Chovanec, et al; USDC No. 14-14391

Well, since our last email exchange, we've had a water heater leak in our basement that flooded the entire lower level of the house, leaving all of the carpets under 4 inches of water. The urgency of that situation has had us focused on cleanup for the last 3 days. On top of that, Dieter is on his way to the doctor (and possibly the