# Exhibit E

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**NEAL F.X. KIMBALL,**
Plaintiffs

v.

**OFFICER SCOTT D. CHOVANEC, CHIEF OF POLICE JEFF D. JARAN,**
Defendants

**C.A. No. 1:14-cv-14391 WGY**

**ORDER**

The plaintiff, Neal F. X. Kimball, is hereby ordered to produce his responses to Defendants' First Set of Interrogatories and First Set of Requests for Production of Documents within ten (10) days of this Order. Furthermore, Mr. Kimball is also ordered to produce his Initial Disclosures within ten (10) days of this Order.

______________________________
Judge William G. Young
United States District Court