**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **NEAL F.X. KIMBALL,**<br>Plaintiffs<br><br>v.<br><br>**OFFICER SCOTT D. CHOVANEC, CHIEF OF POLICE JEFF D. JARAN**,<br>Defendants | **C.A. No. 1:14-cv-14391 WGY** |

## AFFIDAVIT OF COUNSEL

I, Chantelle M. D’Angelo, on oath depose and state as follows:

1. The following are true and accurate copies of documents in support of the Defendants’ Motion to Compel.

2. Exhibit A is a true copy of the correspondence sent to the plaintiff in this matter on March 31, 2016.

3. Exhibit B is a true copy of the correspondence sent to the plaintiff in this matter on June 2, 2016.

4. Exhibit C is a true copy of the correspondence sent by the plaintiff in this matter on June 8, 2016.

5. Exhibit D is a true copy of the correspondence sent to the plaintiff in this matter on June 13, 2016.

Signed under the pains and penalties of perjury this 27th day of June, 2016.

*/s/ Chantelle M. D’Angelo*
Chantelle M. D’Angelo, Esq.