**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **NEAL F.X. KIMBALL,**<br>Plaintiffs<br><br>v.<br><br>**OFFICER SCOTT D. CHOVANEC, CHIEF OF POLICE JEFF D. JARAN**,<br>Defendants | **C.A. No. 1:14-cv-14391 WGY** |

**DEFENDANTS' RENEWED MOTION TO DISMISS FOR FAILURE TO PROSECUTE**

NOW COME the Defendants who, pursuant to Fed.R.Civ.P. rule 41(b), hereby respectfully renew their request that this Court dismiss the Plaintiff's Complaint as the Plaintiff has failed to prosecute this matter. The Defendants so move as the Plaintiff has failed to engage in discovery and failed to comply with the Court's scheduling order regarding discovery.

On July 28, 2016, Defendants filed a motion to dismiss for failure to prosecute. On July 29, 2016, this Court denied the motion without prejudice "to tis [sic] renewal should initial disclosures not be made within 10 days of the date of this order or should other required discovery not be made." (Docket #57). Ten days has passed since the Court's order and the defendants have not received any discovery (initial disclosures or answers and responses to written discovery) from Plaintiff. Thus, Defendants now renew their motion to dismiss for failure to prosecute as the Plaintiff has failed to comply with an order from this Court regarding discovery. The Defendants submit this motion and the accompanying Memorandum of Law in support of their request for dismissal.

For the reasons set forth more fully in the Defendants' Memorandum of Law, the Defendants respectfully request this Honorable Court dismiss all counts and claims asserted against them.

Respectfully submitted,

DEFENDANTS,
By their attorneys:

*/s/ Chantelle M. D'Angelo*

Douglas I. Louison (BBO #545191)
Email: Dlouison@lccplaw.com
Chantelle M. D'Angelo (BBO #688165)
Email: Cdangelo@lccplaw.com
Louison, Costello, Condon & Pfaff, LLP
101 Summer Street
Boston, MA 02110
617-439-0305
FAX: 617-439-0325

Date: August 9, 2016

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

Pursuant to Local Rule 7.1(A)(2), counsel for the Defendants attempted to confer with pro-se Plaintiff regarding this motion.

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Date: August 9, 2016 */s/ Chantelle M. D'Angelo*
Chantelle M. D'Angelo