**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **NEAL F.X. KIMBALL,**<br>Plaintiff,<br><br>v.<br><br>**TOWN OF PROVINCETOWN,**<br>**OFFICER SCOTT D. CHOVANEC,**<br>**CHIEF OF POLICE JEFF D. JARAN,**<br>Defendants. | **C.A. No. 1:14cv14391-WGY** |

**AFFIDAVIT OF NEAL F.X. KIMBALL IN OPPOSITION TO DEFENDANTS' REQUEST THAT THE COURT DISMISS THIS CASE WITH PREJUDICE**

I, Neal F.X. Kimball, under pains and penalties of perjury do hereby declare:

1. I am the Plaintiff in the above-entitled action and respectfully request that the Court issue an order DENYING the "Defendant's Request that the Court Dismiss the Case With Prejudice".

2. I assure this honorable Court that my delay in prosecuting this case is neither willful nor intentional, nor have I been unwilling to cooperate with orders of this Court or ignoring such orders.

**Previous Affadavit**

3. The Plaintiff reaffirms and restates the contents of his previous affidavit, filed as Docket #62 on August 23, 2016, and incorporates the same herein by reference.

**The Documentary Evidence**

4. There is a substantial body of *documentary* evidence (as opposed to *witnessed* evidence) that this Court has not yet reviewed, and the plaintiff asserts his belief that such documentary evidence is critical to this case. Had he been aware that it was the intent of this court to review such evidence at this juncture, he most certainly would have figured out a way to have included it in his filing on October 6th.

5. From that perspective, the plaintiff asserts that witness statements – beyond that of Mr. Kimball and Mr. Groll – are not really essential elements of this case, because the documentation is substantial.

6. Plaintiff believes that the Defendants know this. They became aware of this evidence when it was enumerated and attached to the Plaintiff's Automatic Discovery Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) and Local Rule 26.2(a). (*See Exhibit 1* – Plaintiff's Automatic Discovery).

7. Plaintiff contends that the Defendants have been "keeping the pressure on" with their *five Motions to Dismiss* in this case, in order to keep the Plaintiffs so busy defending their right to their day in Court that they lose their ability to file a Second Amended Complaint.

**Second Amended Complaint**

8. Plaintiff asseverates that they are just a few days away from being able request leave of this Court to file a Second Amended Complaint. Plaintiff further states that *many, many weeks* of effort have gone into researching the basis of this request, so that it is meaningful to this Court.

9. Such Amendment will be requested so that they may assert new claims "that arose out of the conduct, transaction, or occurrence set out—or attempted to be set out—in the original pleading." under Fed. R. Civ. P. 15(c)(1)(B). Using the exact same set of facts as included in the original complaint, the plaintiffs wish to add new Claims of:

A. False Imprisonment (Fourth & Fourteenth Amendments)

B. Retaliation to chill the right to seek redress of grievances (First Amendment)

10. Such Amendment would ALSO be requested so that they may serve a supplemental pleading under Fed. R. Civ. P. 15(d) setting forth transactions or occurrences or events which have happened since the date of the pleading sought to be supplemented.

11. Such transactions or occurrences support the plaintiffs' assertions as to the existence of a systemic conspiracy to violate civil rights within the Town of Provincetown, and as to the prevalence therein of a custom, pattern or practice of such systemic abuses.

**Affirmation**

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief.

Respectfully submitted,

PLAINTIFF

Date: October 21, 2016

Neal F.X. Kimball, *pro se*
49 Bayberry Avenue
Provincetown, MA 02657
Email: nfxk135@gmail.com
(508) 654-3176

**CERTIFICATE OF SERVICE**

I, Neal F.X. Kimball, hereby certify that on the below date, this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that I have caused paper copies to be mailed, postage prepaid, directed to those indicated as non-registered participants, if any.

Date: October 21, 2016

*/s/ Dieter M. Groll*
Dieter M. Groll