**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **NEAL F.X. KIMBALL, DIETER M. GROLL**, Plaintiffs<br><br>v.<br><br>**TOWN OF PROVINCETOWN, OFFICER SCOTT D. CHOVANEC, CHIEF OF POLICE JEFF D. JARAN**, Defendants | **C.A. No. 1:14-cv-14391 WGY**<br><br>**NOTICE OF WITHDRAWAL** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT:

Please enter my withdrawal in the above-reference matter on behalf of the Defendants, TOWN OF PROVINCETOWN, OFFICER SCOTT D. CHOVANEC, CHIEF OF POLICE JEFF D. JARAN. Please note that Douglas I. Louison, Esq. remains an attorney of record for the Defendants.

Respectfully submitted,
DEFENDANTS,
By their attorneys:

/s/ Chantelle M. D'Angelo

Chantelle M. D'Angelo (BBO #688165)
Email: Cdangelo@lccplaw.com
Louison, Costello, Condon & Pfaff, LLP
101 Summer Street
Boston, MA 02110
617-439-0305
FAX: 617-439-0325

Date: October 25, 2016

**CERTIFICATE OF SERVICE**

I, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants as listed below:

Neal F. X. Kimball, pro se
Dieter M. Groll, pro se
49 Bayberry Avenue
Provincetown, MA 02657

Andrew J. Gambaccini, Esq.
Reardon, Joyce & Akerson, PC
4 Lancaster Terrace
Worcester MA 01609

Date: October 25, 2016 /s/ Chantelle M. D'Angelo
Chantelle M. D'Angelo

15 TRI 027