**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **NEAL F.X. KIMBALL**<br>Plaintiffs<br><br>v.<br><br>**OFFICER SCOTT D. CHOVANEC, CHIEF OF POLICE JEFF D. JARAN**,<br>Defendants | **C.A. No. 1:14-cv-14391 WGY** |

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

Pursuant to Local Rule 7.1 (a)(2), counsel for the Defendants, Town of Provincetown, Officer Scott D. Chovanec, and Chief of Police Jeff D. Jaran, certify that they have attempted to confer with the pro-se Plaintiff, Neil F.X. Kimball in good faith to resolve or narrow the issues in this motion.

Respectfully submitted,
DEFENDANTS,
By their attorneys:

*/s/ Douglas I. Louison*

Douglas I. Louison (BBO #545191)
Email: Dlouison@lccplaw.com
Alexandra R. Hassell (BBO #694480)
Email: rhassell@lccplaw.com
Louison, Costello, Condon & Pfaff, LLP
101 Summer Street
Boston, MA 02110
617-439-0305
FAX: 617-439-0325

Date: January 18, 2017