**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **NEAL F.X. KIMBALL,**<br>Plaintiff<br><br>v.<br><br>**TOWN OF PROVINCETOWN, OFFICER SCOTT D. CHOVANEC, CHIEF OF POLICE JEFF D. JARAN,**<br>Defendants | **C.A. No. 1:14-cv-14391 WGY** |

**DEFENDANTS', OFFICER SCOTT D. CHOVANEC AND JEFF D. JARAN, MOTION FOR SUMMARY JUDGMENT**

NOW COME the Defendants, Officer Scott D. Chovanec and Chief of Police Jeff D. Jaran, and hereby move this Honorable Court to grant their Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56. As reasons therefore, there are no genuine issues of material fact and Defendants are entitled to summary judgment as a matter of law.

Respectfully submitted,

DEFENDANTS,
By their attorneys:

*/s/ Douglas I. Louison*____________
Douglas I. Louison (BBO #545191)
Email: dlouison@lccplaw.com
Alexandra R. Hassell (BBO #694480)
Email: ahassell@lccplaw.com
Louison, Costello, Condon & Pfaff, LLP
101 Summer Street
Boston, MA 02110
617-439-0305
FAX: 617-439-0325

Date: January 31, 2017

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1 (a)(2), counsel for the Defendants, Officer Scott D. Chovanec, and Chief of Police Jeff D. Jaran, certify that they have attempted to confer with the *Pro se* Plaintiff, Neil F.X. Kimball, in good faith to resolve or narrow the issues in this motion.

## CERTIFICATE OF SERVICE

I, Douglas I. Louison, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Date: January 31, 2017 *\/s/ Douglas I. Louison*

Douglas I. Louison